UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 25-cv-10539-LJC

TODD M. SCHOBORG,

Plaintiff,

v.

CONTRA COSTA SUPERIOR COURT,

Defendant.

**ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT; DENYING AS MOOT MOTION TO AMEND COMPLAINT**

RE: ECF Nos. 6, 11

Plaintiff Todd Schoborg, proceeding pro se, filed this case in December 2025 and applied to proceed in forma pauperis (IFP). ECF Nos. 1, 2. The Court granted his IFP application and screened his Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), finding that Plaintiff had not alleged facts showing that his claims—based on his alleged arrest and imprisonment in 2003— were timely. *See* ECF No. 6. As the Court determined that it could not "definitively conclude that Plaintiff will not be able to plead or ultimately prove a set of facts that would establish the timeliness" of his claims, Plaintiff was provided leave to file an amended complaint to address the identified deficiencies. *Id.* at 5. Plaintiff was provided until February 6, 2026 to file an amended complaint. *Id.* at 6.

He has not done so. Instead, he filed a "Motion for Immediate Relief and Monetary Damages," requesting that the Court conduct an "expedited review" of his case and award him not less then $10,500,000 in damages (ECF No. 7) and a "Motion to Live," requesting "security and affirmation against acts, thoughts, or ideas that may infringe upon Plaintiff's right to embrace

life." (ECF No. 9 at 2).[1]  Most recently, Plaintiff filed a Motion to Amend Complaint, seeking to add additional allegations regarding "retaliation and further violations by defendants."  ECF No. 11 at 2.

A plaintiff's failure to comply with a court order or failure to timely amend a pleading may be grounds for dismissal.  *See* Fed. R. Civ. P. 41(b) (authorizing dismissal if "the plaintiff fails to prosecute or to comply with these rules or a court order"); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("[A]uthority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an inherent power.") (internal quotations omitted); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) ("Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court.").  But given that Plaintiff has filed multiple motions since the Court ordered him to file an amended complaint—including a motion asking for leave to file an amended complaint—the Court concludes that Plaintiff still intends to prosecute this case and chalks up his failure to file an amended complaint by the February 6, 2026 deadline to confusion regarding the Court's procedures.

The Court accordingly will give Plaintiff's extra time to file an amended complaint. Plaintiff must file an amended complaint by April 10, 2026.  The amended complaint will completely replace the original complaint and so cannot rely on or reference allegations or claims in the original complaint.  The amended complaint must include all factual allegations that Plaintiff wants the Court to consider, and must include all claims Plaintiff wishes to bring against Defendants.  As explained in the previous order (ECF No. 6 at 5), if Plaintiff's amended complaint includes claims that Defendants violated his constitutional rights based on events in 2003, he must allege facts showing that these claims are timely and not barred by the applicable statute of limitations.

If Plaintiff does not file an amended complaint by April 10, 2026, the Court may issue a report and recommendation recommending that this case be dismissed for failure to prosecute and

---

[1] Plaintiff also filed a Motion to Consolidate this case with a case pending in front of Judge Westmore, *Schoborg v. Contra Costa Superior Court Judges* (25-cv-10821) to the instant action. The Court has determined that 25-cv-10821 is related to the present action under Civil Local Rule 3-12(a), and will rule on the Motion to Consolidate at a later point.

United States District Court
Northern District of California

failure to follow the Court's orders.

As the Court is permitting Plaintiff to file an amended complaint, Plaintiff's Motion to Amend Complaint at ECF No. 11 is denied as moot.

The Court strongly encourages Plaintiff to access the Northern District of California's free resources for parties to lawsuits who do not have attorneys.  These resources are available online at: https://cand.uscourts.gov/representing-yourself.  Plaintiff may also schedule a free appointment with the Legal Help Center by calling: 415-782-8982.

**IT IS SO ORDERED.**

Dated: March 13, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

3