UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD M. SCHOBORG,

Plaintiff,

v.

CONTRA COSTA SUPERIOR COURT,

Defendant.

Case No. 25-cv-10539-JD

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Todd Shcoborg filed this Section 1983 action against defendant Contra Costa Superior Court, alleging that a series of arrests, hearings, and court orders violated his constitutional rights. *See* Dkt. No. 18. These events took place between 2000 and 2003. *See id.* In June 2026, Magistrate Judge Lisa J. Cisneros recommended dismissal of the first amended complaint on the basis that all of Schoborg's claims are barred by a two-year statute of limitations. Dkt. No. 25 at 2. Schoborg then appealed that recommendation directly to the Ninth Circuit in July 2026. Dkt. No. 27. In August 2026, the Ninth Circuit dismissed that appeal for lack of jurisdiction, explaining that reports and recommendations are not final or appealable. Dkt. No. 29.

Schoborg asks for leave to file late objections to the report and recommendation, Dkt. No. 30, given that the two-week deadline set out in the Federal Rules of Civil Procedure has long passed. *See* Fed. R. Civ. P. 72. He says that a series of medical emergencies, as well as the "domino effect" of the state's constitutional violations, makes his failure to meet the deadline excusable neglect. Dkt. No. 30 at 4.

The request is denied. Schoborg's medical emergencies occurred well before Judge Cisneros issued her report and recommendation, and in fact before Schoborg filed his amended complaint. *See id.* He also filed the appeal less than two weeks after the deadline to object had passed. Dkt. No. 27. Looking at "all of the circumstances involved," Schoborg has not

United States District Court
Northern District of California

United States District Court
Northern District of California

demonstrated that his neglect of the deadline was excusable. *Pincay v. Andrews*, 389 F.3d 853, 856 (9th Cir. 2004).

The Court has independently reviewed Magistrate Judge Cisneros' report and recommendation. Dkt. No. 25. The Court agrees with Magistrate Judge Cisneros' well-reasoned decision. It is adopted in full.

All pending motions are terminated. The case will be closed.

**IT IS SO ORDERED.**

Dated: September 22, 2026

JAMES DONATO
United States District Judge